UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 18-cr-40010-TSH |
| | ) |
| STACEY GALA PERRY and | ) |
| JOSEPH HERMAN, | ) |
| | ) |
| Defendants. | ) |

**JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(c)**

The United States of America and defendants Stacey Gala Perry and Joseph Herman, through their respective counsel, hereby submit this joint memorandum in advance of the final status conference scheduled for June 15, 2018. By agreement, all of the time that has passed since the defendants' arraignment has been properly excluded pursuant to 18 U.S.C. §3161(h)(7)(A).

Presently, the parties request that the Court continue the final pre-trial conference for a further 30 days. In support of that request, the parties submit that counsel for Stacey Gala has had several personal and professional commitments and has not had adequate opportunity to review the discovery produced and confer with her client regarding the appropriate next step. The government and counsel for Joseph Herman do not object to that request.

The parties further request that the Court exclude the time between June 15, 2018 and the date set for the requested final status conference so that counsel can complete the review of the discovery and the parties can potentially explore a resolution of these matters short of trial. The parties submit that the ends of justice served by excluding the period of this continuance

outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §3161(h)(7)(A).

Respectfully submitted,

| | |
|---|---|
| STACEY GALA PERRY,<br>By her counsel, | ANDREW E. LELLING<br>UNITED STATES ATTORNEY |
| */s/ Miriam Conrad*<br>Miriam Conrad, Esq.<br>Federal Public Defender Office<br>51 Sleeper Street<br>Boston, Massachusetts 02210 | By:  */s/ Greg A. Friedholm*<br>Greg. A. Friedholm<br>Assistant United States Attorney<br>595 Main Street<br>Worcester, Massachusetts 01608 |
| JOSEPH HERMAN,<br>By his counsel, | |
| */s/ Peter L. Ettenberg*<br>Peter L. Ettenberg, Esq.<br>370 Main Street<br>Worcester, Massachusetts 01608 | |

Dated: June 15, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                 */s/ Greg A. Friedholm*
                                                 Greg A. Friedholm
                                                 Assistant U.S. Attorney

Date: June 15, 2018