**FEDERAL PUBLIC DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
51 SLEEPER STREET, 5TH FLOOR
BOSTON, MASSACHUSETTS 02210

TELEPHONE: 617-223-8061
FAX: 617-223-8080

April 17, 2019

By email
AUSA Greg A. Friedholm
AUSA John Mulcahy
U.S. Attorney's Office
Federal Building & Courthouse
595 Main Street, Suite 206
Worcester, MA 01608

     Re: *United States v. Stacey Gala Perry*
        Criminal No. 18-cr-40010-TSH

Dear Counsel:

 We write to request the following additional discovery in the above-referenced case:

1) An updated discovery log. Pursuant to Local Rule 116.10, please include both a general description of the type and origin of the documents, and the location of the documents so described within the larger set by identifying the Bates numbers for each item;[1]

2) The reports or notes of any law enforcement agents which memorialize their contemporaneous audio or visual observations of the meeting between Stacey Gala Perry and Joseph Herman on September 12, 2017.

3) Any additional notes, including original handwritten notes not previously provided, of the debriefing of Ms. Gala after the September 12, 2017 meeting between her and Mr. Herman.

---

[1] The government provided a discovery log with its production of March 16, 2018. It has not updated that log to reflect the production of additional discovery on at least three subsequent occasions. In addition, the log does not specify page numbers for specific documents, instead lumping as many as 500 or more pages into a single category, such as "GJ transcripts". This does not comply with the letter or spirit of Rule 116.10, which requires that the government describe, "in general terms, the type and origin of the documents (for example, "bank records from Sovereign Bank for John Smith;" "grand jury testimony of Officer Jones")…".

4) Any statements of Joseph Herman or Christopher Slavinskas since their latest grand jury testimony, which are inconsistent with that testimony or with any other statements previously provided;[2]

5) Any and all records or financial documents provided by Joseph Herman or Christopher Slavinskas;

6) Any and all information regarding businesses in which Joseph Herman acquired, sought to acquire, or maintained a financial interest from April 2017 to the present date;

7) Tax records of Joseph Herman and Christopher Slavinskas for tax year 2017, or if previously provided, please provide the Bates numbers for these records;[3] and

8) Any information regarding a history of illicit drug use or abuse by Joseph Herman or Christopher Slavinskas.[4]

Please let us know if you have any questions regarding these requests.

Sincerely,

*/s/ Miriam Conrad*

*/s/ Julie-Ann Olson*

cc: Clerk of Court (via ECF)

---

[2] Acknowledging that Local Rule 116.2(b)(2)(B) requires the government to produce such inconsistent statements "no later than 21 days before the trial date," the defendant requests discovery as soon as possible, given the voluminous discovery in this case and the numerous inconsistent statements of Mr. Herman and Mr. Slavinskas already provided by the government.

[3] During a recent telephone conference between counsel for the parties, AUSA Friedholm stated that the government had previously provided tax records for Mr. Herman in discovery. However, after reviewing the government's discovery production, defense counsel cannot locate any tax records for Mr. Herman or Mr. Slavinskas.

[4] As noted in n.2, acknowledging that Local Rule 116.2(b)(2) requires the government to produce such discovery "no later than 21 days before the trial date," the defendant requests discovery as soon as possible, given the voluminous discovery in this case.